BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| PEREZ, SAMUEL GARCIA,<br>   xxx-xx-0023,<br><br>   Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>   Defendant. | Case No. CIV-2:11-cv-03389-CKD<br><br>STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until August 8, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: July 9, 2012                    */s/ Ann M. Cerney*
                                          (as authorized via telephone)
                                          ANN M. CERNEY
                                          Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: July 9, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 07/11/2012

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE