1   BENJAMIN WAGNER CSBN 163581
    United States Attorney
2   DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH BARRY CSBN 203314
4   Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8

9   Attorneys for Defendant

                **UNITED STATES DISTRICT COURT**
10              **EASTERN DISTRICT OF CALIFORNIA**
                    **SACRAMENTO DIVISION**
11

12  PEREZ, SAMUEL GARCIA,            )
            xxx-xx-0023,              )       Case No.  CIV-2:11-cv-03389-CKD
                                      )
13          Plaintiff,               )       STIPULATION AND PROPOSED ORDER
                                      )       FOR A FIRST EXTENSION FOR
14       v.                          )       DEFENDANT TO FILE NOTICE, MOTION,
                                      )       AND MEMORANDUM IN SUPPORT OF
15  COMMISSIONER OF                  )       CROSS-MOTION FOR SUMMARY
    SOCIAL SECURITY,                 )       JUDGMENT AND IN OPPOSITION TO
16                                    )       PLAINTIFF'S MOTION FOR SUMMARY
            Defendant.               )       JUDGMENT
17                                    )
    _____ )
18

19          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a 30-day extension, or until August 8, 2012, in which to file his

21  Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22  Opposition to Plaintiff's Motion for Summary Judgment.

23          This is Defendant's first request for an extension of time in this matter.

24                                          Respectfully submitted,

25  Dated: July 9, 2012                    */s/ Ann M. Cerney*
                                           (as authorized via telephone)
26                                         ANN M. CERNEY
                                           Attorney for Plaintiff

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BENJAMIN WAGNER
United States Attorney

Dated: July 9, 2012                    By */s/ Elizabeth Barry*
                                       ELIZABETH BARRY
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    07/11/2012          /s/ Carolyn K. Delaney
                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE