1   BENJAMIN WAGNER CSBN 163581
    United States Attorney
2   DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH BARRY CSBN 203314
4   Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8

9   Attorneys for Defendant

                    **UNITED STATES DISTRICT COURT**
10                  **EASTERN DISTRICT OF CALIFORNIA**
                          **SACRAMENTO DIVISION**
11

12  PEREZ, SAMUEL GARCIA,              )
            xxx-xx-0023,               )        Case No.  CIV-2:11-cv-03389-CKD
                                       )
13          Plaintiff,                 )        STIPULATION AND ORDER
                                       )        FOR A SECOND EXTENSION FOR
14      v.                             )        DEFENDANT TO FILE NOTICE, MOTION,
                                       )        AND MEMORANDUM IN SUPPORT OF
15  COMMISSIONER OF                    )        CROSS-MOTION FOR SUMMARY
    SOCIAL SECURITY,                   )        JUDGMENT AND IN OPPOSITION TO
16                                     )        PLAINTIFF'S MOTION FOR SUMMARY
            Defendant.                 )        JUDGMENT
17                                     )
    _____)
18

19          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a 30-day extension, or until September 7, 2012, in which to file

21  his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22  Opposition to Plaintiff's Motion for Summary Judgment.

23          The undersigned counsel for the Defendant has exercised due diligence in managing her caseload

24  and makes this request as a result of a heavy briefing schedule. This week the undersigned counsel for

25  the Defendant has filed or will file dispositive briefs in the following matters: *Prim v. Astrue* (EDCA)

26  2:11-cv-03389-CKD, *Gibson v. Astrue* (EDCA) 2:11-cv-03330-KJN, and *Taverniti v. Astrue* (NDCA)

27  3:11-cv-06659-JW.

28  / / /

1    This request is not intended to cause intentional day. This is Defendant's second request for an

2  extension of time in this matter.

3                                                 Respectfully submitted,

4  Dated: August 7, 2012              */s/ Ann M. Cerney*
                                            (as authorized via telephone)
5                                           ANN M. CERNEY
                                            Attorney for Plaintiff
6

7

8                                           BENJAMIN WAGNER
9                                           United States Attorney

10  Dated: August 7, 2012              By */s/ Elizabeth Barry*
                                            ELIZABETH BARRY
11                                          Special Assistant U.S. Attorney
                                            Attorneys for Defendant
12

13

14                                          ORDER

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  DATED: 08/08/2012                  /s/ Carolyn K. Delaney

17                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28