```
1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| PEREZ, SAMUEL GARCIA,<br>xxx-xx-0023,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | Case No. CIV-2:11-cv-03389-CKD<br><br>STIPULATION AND ORDER<br>FOR A SECOND EXTENSION FOR<br>DEFENDANT TO FILE NOTICE, MOTION,<br>AND MEMORANDUM IN SUPPORT OF<br>CROSS-MOTION FOR SUMMARY<br>JUDGMENT AND IN OPPOSITION TO<br>PLAINTIFF'S MOTION FOR SUMMARY<br>JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until September 7, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

The undersigned counsel for the Defendant has exercised due diligence in managing her caseload and makes this request as a result of a heavy briefing schedule. This week the undersigned counsel for the Defendant has filed or will file dispositive briefs in the following matters: *Prim v. Astrue* (EDCA) 2:11-cv-03389-CKD, *Gibson v. Astrue* (EDCA) 2:11-cv-03330-KJN, and *Taverniti v. Astrue* (NDCA) 3:11-cv-06659-JW.

///

1    This request is not intended to cause intentional day. This is Defendant's second request for an
2 extension of time in this matter.
3                                            Respectfully submitted,
4 Dated: August 7, 2012                      */s/ Ann M. Cerney*
                                             (as authorized via telephone)
5                                            ANN M. CERNEY
                                             Attorney for Plaintiff
6
7
8
                                             BENJAMIN WAGNER
9                                            United States Attorney
10 Dated: August 7, 2012                     By */s/ Elizabeth Barry*
                                             ELIZABETH BARRY
11                                           Special Assistant U.S. Attorney
                                             Attorneys for Defendant
12
13
14                                           <u>ORDER</u>
15 PURSUANT TO STIPULATION, IT IS SO ORDERED.
16 DATED: 08/08/2012                         /s/ Carolyn K. Delaney
17                                           UNITED STATES MAGISTRATE JUDGE