BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| PEREZ, SAMUEL GARCIA,<br>    xxx-xx-0023,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. CIV-2:11-cv-03389-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRD EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until October 9, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    The undersigned counsel for the Defendant requires additional time to consult with her client regarding significant matters in this case. This request is not intended to cause intentional day. This is Defendant's third request for an extension of time in this matter.

                                                Respectfully submitted,

Dated: September 7, 2012          */s/ Ann M. Cerney*
                                               (as authorized via telephone)
                                               ANN M. CERNEY
                                               Attorney for Plaintiff

|  |  |
|---|---|
| Dated: September 7, 2012 | BENJAMIN WAGNER<br>United States Attorney<br><br>By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE