1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5         160 Spear Street, Suite 800
          San Francisco, California 94105
6         Telephone: (415) 977-8972
          Facsimile: (415) 744-0134
7         Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                          SACRAMENTO DIVISION
11
   PEREZ, SAMUEL GARCIA,             )
12        xxx-xx-0023,                )   Case No.  CIV-2:11-cv-03389-CKD
                                      )
13         Plaintiff,                 )   STIPULATION AND ~~PROPOSED~~ ORDER
                                      )   FOR A THIRD EXTENSION FOR
14    v.                              )   DEFENDANT TO FILE NOTICE, MOTION,
                                      )   AND MEMORANDUM IN SUPPORT OF
15 COMMISSIONER OF                    )   CROSS-MOTION FOR SUMMARY
   SOCIAL SECURITY,                   )   JUDGMENT AND IN OPPOSITION TO
16                                    )   PLAINTIFF'S MOTION FOR SUMMARY
           Defendant.                 )   JUDGMENT
17                                    )
   _____ )
18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until October 9, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23     The undersigned counsel for the Defendant requires additional time to consult with her client

24 regarding significant matters in this case. This request is not intended to cause intentional day. This is

25 Defendant's third request for an extension of time in this matter.

26                                    Respectfully submitted,

27 Dated: September 7, 2012           */s/ Ann M. Cerney*
                                      (as authorized via telephone)
28                                    ANN M. CERNEY
                                      Attorney for Plaintiff

|   |   |
|---|---|
| Dated: September 7, 2012 | BENJAMIN WAGNER<br>United States Attorney<br><br>By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2