BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| PEREZ, SAMUEL GARCIA,<br>    xxx-xx-0023,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. CIV-2:11-cv-03389-CKD<br><br>STIPULATION AND ORDER<br>FOR REMAND PURSUANT TO SENTENCE<br>FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the administrative law judge (ALJ) is directed to (1) offer the claimant an opportunity for a new hearing and (2) issue a new decision in accordance with the applicable laws and regulations that sets forth the weight given the opinions of Drs. Shankar and Halappa and explains why such weight was given and that more thoroughly discusses the claimant's credibility, explaining how the evidence relates to the relevant credibility factors.

Respectfully submitted,

Dated: October 9, 2012

*/s/ Ann M. Cerney*
(as authorized via telephone)
ANN M. CERNEY
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: October 0, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:__October 10, 2012____      ____/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE