1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                   EASTERN DISTRICT OF CALIFORNIA
                         SACRAMENTO DIVISION
11
   PEREZ, SAMUEL GARCIA,            )
12          xxx-xx-0023,             )   Case No. CIV-2:11-cv-03389-CKD
                                     )
13              Plaintiff,           )   STIPULATION AND ORDER
                                     )   FOR REMAND PURSUANT TO SENTENCE
14         v.                        )   FOUR OF 42 U.S.C. § 405(g)
                                     )
15  COMMISSIONER OF                  )
    SOCIAL SECURITY,                 )
16                                   )
                Defendant.           )
17                                   )
   _____)
18
        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
19
   record, that this action be remanded to the Commissioner of Social Security for further administrative
20
   action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence
21
   four.
22
        On remand, the administrative law judge (ALJ) is directed to (1) offer the claimant an opportunity
23
   for a new hearing and (2) issue a new decision in accordance with the applicable laws and regulations
24
   that sets forth the weight given the opinions of Drs. Shankar and Halappa and explains why such weight
25
   was given and that more thoroughly discusses the claimant's credibility, explaining how the evidence
26
   relates to the relevant credibility factors.
27

28

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 9, 2012 | */s/ Ann M. Cerney* <br> (as authorized via telephone) <br> ANN M. CERNEY <br> Attorney for Plaintiff |
|   | BENJAMIN WAGNER <br> United States Attorney |
| Dated: October 0, 2012 | By */s/ Elizabeth Barry* <br> ELIZABETH BARRY <br> Special Assistant U.S. Attorney <br> Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:__October 10, 2012____        ____/s/ Carolyn K. Delaney_____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE